600

*Lucas E. Kilkenny,* Deputy Attorney General, for appellees.

Nos. 446 and 447. WILLIAMS ET AL. *v.* DELAWARE & HUDSON RAILROAD CORP. ET AL.

December 7, 1942. *Per Curiam:* The petition for writs of certiorari is granted. In view of the death of the referee appointed by the National Mediation Board, the judgments are vacated, without consideration of the merits, and the causes remanded to the District Court for such further proceedings as may be appropriate. *Mr. Leo J. Hassenauer* for petitioners. *Messrs. Joseph Rosch, Conrad H. Poppenhusen,* and *Anan Raymond* for the Delaware & Hudson Railroad Corp.; and *Messrs. Kenneth F. Burgess* and *Douglas F. Smith* for E. W. Fowler et al.,—respondents.

No. —, Original. EX PARTE ETHEL PITT DONNELL. December 7, 1942. The motion for leave to file petition for writ of habeas corpus is denied.

No. 537. RODDENBERRY *v.* FLORIDA. December 14, 1942. *Per Curiam:* The motion for leave to proceed *in forma pauperis* is granted. The appeal is dismissed for the want of a substantial federal question. *Mr. W. D. Bell* for appellant.